MINUTE ENTRY
VITTER, J.
JULY 2, 2020
JS10, 0:10

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CERTAINTEED CORPORATION** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-400-WBV-KWR** |
| **DOROTHY MAYFIELD** | **SECTION: "D" (4)** |

## VIDEO STATUS CONFERENCE REPORT AND ORDER

On July 2, 2019, the Court held a status conference by video with counsel for the parties in this matter.

**Participating:**

**Barbara Ormsby and Neil Lloyd**
Counsel for Plaintiff

**Erin Saucier**
Counsel for Defendant

During the conference, the Court discussed with counsel the status of the case, including the pending cross motions for summary judgment (R. Docs. 31 & 40), and the upcoming bench trial scheduled for August 4, 2020. After a discussion with counsel, the Court issued an **oral ORDER** continuing without date the pre-trial conference and the bench trial in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that the bench trial of this matter currently set for August 4, 2020, and the pre-trial conference currently set for July 16, 2020, are **CONTINUED without date**.

**IT IS FURTHER ORDERED** that the pre-trial deadlines set forth in the Amended Scheduling Order (R. Doc. 64) are also **CONTINUED without date**.

New Orleans, Louisiana, July 2, 2020.

_____
**WENDY B. VITTER**
**United States District Judge**